NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDMUNDO EVAN-SANGUINO, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 09-72980 <br><br> Agency No. A078-739-220 <br><br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted November 5, 2015
Portland, Oregon

Before:    **KOZINSKI**, **BERZON** and **WATFORD**, Circuit Judges.


1.  This case is **REMANDED** to the Board of Immigration Appeals for

further proceedings in light of Correo-Ruiz v. Lynch, 809 F.3d 543 (9th Cir. 2015).

The Board shall grant Petitioner an opportunity to supplement the record.

---

[*]  This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**2.** We reject Evan-Sanguino's argument that the Board denied relief in derogation of the law of the case. See Merritt v. Mackey, 932 F.2d 1317, 1320 (9th Cir. 1991) (explaining the law-of-the-case doctrine and discussing its discretionary nature). There was no law of the case because neither our remand order nor the first Board decision definitively established that Evan-Sanguino was entitled to relief.

**3.** We also reject Evan-Sanguino's argument that the Board deprived him of due process by deciding his appeal based on the intervening authority of Matter of Briones, 24 I. & N. Dec. 355 (BIA 2007), without allowing him to brief the implications of that case. Even if there were a procedural problem, Evan-Sanguino cannot make the required showing of prejudice. See United States v. Cerda-Pena, 799 F.2d 1374, 1378–79 (9th Cir. 1986). Evan-Sanguino complains that he was never afforded an opportunity to argue that Briones should not apply retroactively in his case. Evan-Sanguino will have an opportunity to make that argument on remand.

Petition for review **GRANTED. REMANDED** with instructions.